DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNITED AUTOMOBILE INSURANCE COMPANY,**
Appellant,

v.

**SOUTH BROWARD HOSPITAL DISTRICT,** d/b/a
**MEMORIAL HOSPITAL WEST,** a Florida corporation,
a/a/o Marielys Navarro Sanchez,
Appellee.

No. 4D21-1032

[December 16, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jennifer Hilal, Judge; L.T. Case No. COCE19-374.

Michael J. Neimand of United Automobile Insurance Company, Miami, for appellant.

Yasmin Gilinsky of Florida Advocates, Dania Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***